JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLOWE CACKIN, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>INGERSOLL-RAND INDUSTRIAL U.S., INC.; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 8:21-cv-00982-JLS-JDE<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION** |

| | |
|---|---|
| 1 | Based on the stipulation of the Parties, the above-captioned matter, originally commenced in state court as *Marlowe Cackin v. Ingersoll-Rand Industrial U.S., Inc.* Case No. 30-2021-01185140-CU-OE-CXC, is hereby remanded to Orange County Superior Court, with each Party to bear its own attorneys' fees and costs. |

IT IS SO ORDERED.

Dated: June 28, 2021

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Court Judge